E.A. v. NEW JERSEY REAL ESTATE COMMISSION, ET AL.

June 3, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 65)

CASINO NINE CORPORATION, ETC.

v.

MORSEMERE FEDERAL SAVINGS AND LOAN ASSOCIATES.

June 3, 1986.

Petition for certification denied.

JANICE LARGEY AND JOSEPH LARGEY v.
DONALD ROTHMAN, M.D.

June 3, 1986.

Petition for certification granted.

MEEKER SHARKEY ASSOCIATES, INC., T/A MEEKER
SHARKEY & MOFFAT v. NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA.

June 3, 1986.

Petition for certification denied.